PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00153-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| PANTALION LOPEZ-ZAVALA, | DATE: 9/16/2024 TIME: 9:00 am |
| Defendant. | |

**BACKGROUND**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for change of plea on 9/16/2024.

2.      By this stipulation, defendant now moves to continue the change of plea hearing to 11/4/2024, and to exclude time between 9/16/2024, and 11/4/2024, under 18 U.S.C. § 3161(h)(7)(A), B (i), (iv).

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes recorded communications, cellphone extractions, investigative reports, and various media evidence.

    b)      Counsel for defendant desires additional time consult with her client, prepare for

the change of plea hearing, and conduct independent investigation.  The government has finalized a plea offer and the defendant needs time to review that and prepare for the change of plea hearing.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 9/16/2024 to 11/4/2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because failure to grant the continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 5, 2024                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ JUSTIN J. GILIO
                                                  JUSTIN J. GILIO
                                                  Assistant United States Attorney

Dated:  September 5, 2024

/s/ Alexkia Torres Stallings
Alexkia Torres Stallings
Counsel for Defendant
Pantalion Lopez-Zavala

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **September 10, 2024**

UNITED STATES DISTRICT JUDGE